**(Rev. 01/2002)**

## STANDING ORDERS

1.    Within 30 days of filing a complaint, plaintiff shall serve and file either a written consent to Magistrate Judge Zimmerman's jurisdiction or a written request for reassignment to a district  judge.  Within 30 days of being served with a complaint or third party complaint, a defendant or third party defendant shall serve and file either a written consent to Magistrate Judge Zimmerman's jurisdiction or a written request for reassignment to a district judge.

2.    Civil law and motion is heard on the first and third Wednesdays of every month at 10:00 a.m.  Criminal law and motion is heard on the second and fourth Wednesdays of every month at 1:30 p.m.

3.    A copy of any brief or other document containing a legal citation **shall** be submitted to chambers on a diskette formatted preferably in WordPerfect 5, 6, 8 or 9.  A chambers copy of any document **may** be submitted on CD-ROM with hypertext links to exhibits.

4.    Any proposed order in a case subject to electronic filing shall be sent by e-mail to: bzpo@cand.uscourts.gov.  This address is to be used only for proposed orders unless otherwise directed by the court.

5.    Unless expressly requested by the Court, documents should **not be faxed** to chambers but should be filed or lodged in accordance with the Local Rules of Court. The Court should not be routinely copied on correspondence between counsel.

6.    Motions for **summary judgment** shall be accompanied by a statement of the material facts not in dispute supported by citations to admissible evidence.  The

1 | parties shall file a joint statement of undisputed facts where possible.  If the parties are

2 | unable to reach complete agreement after meeting and conferring, they shall file a joint

3 | statement of the undisputed facts about which they do agree.  Any party may then file a

4 | separate statement of the additional facts that the party contends are undisputed.  A

5 | party who without substantial justification contends that a fact is in dispute is subject to

6 | sanctions.

7

8 | 7.    Parties are reminded that most procedural questions are answered in the

9 | Local Rules or these Standing Orders.  Parties should not contact Chambers for

10 | answers to procedural questions.  The Local Rules are available for public viewing at

11 | the Court's internet site - http://www.cand.uscourts.gov.

12

13

14 | **IT IS SO ORDERED**.

15

16 | Dated:   January 17, 2002

17

18

_____
    BERNARD ZIMMERMAN
    United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28