# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

UNITE HERE LOCAL 2,

Plaintiff,

V.

SFO GOOD-NITE INN, LLC, a California corporation
and BANG JA KIM, ERIC YOKEN, an individual,
Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07-02588 BZ



**FILED**

JUN 2 ⬚ 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: (Name and address of defendant)

Eric Yoken
127 Fremont Place
Los Angeles, CA  90005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Ross (SBN 84703)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA  94612
Telephone:  (510) 272-0169
Facsimile:  (510) 272-0174

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE _____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                             Date                                                  Signature of Server

                                                                           _____
                                                                           Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure