1  Matthew D. Ross (SBN 84703)
   Christine S. Hwang (184549)
2  LEONARD, CARDER, LLP
   1330 Broadway, Suite 1450
3  Oakland, CA 94612
   Tel:  (510) 272-0169
4  Fax: (510) 272-0174

5  Attorneys for Plaintiffs

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITE HERE LOCAL 2; SAN MATEO HOTEL   )   Case No.  C07-02588 BZ
11 EMPLOYEES & RESTAURANT EMPLOYEES      )
   WELFARE FUND; SAN MATEO HOTEL         )   **NOTICE OF MOTION AND**
12 EMPLOYEES & RESTAURANT EMPLOYEES      )   **MOTION FOR ADMINISTRATIVE**
   PENSION FUND; SHERRI CHIESA, JAMES    )   **RELIEF TO CONSIDER**
13 BEARD, HAL BOBROW, MIKE CASEY, THO    )   **WHETHER CASES SHOULD BE**
   DO, and RICHARD ROMANSKI, Trustees of the )   **RELATED**
14 San Mateo Hotel Employees & Restaurant )
   Employees Welfare and Pension Funds,  )
15                                        )
        Plaintiffs,                       )
16                                        )
   v.                                     )
17                                        )
   SFO GOOD-NITE INN, LLC, a California   )
18 limited liability company; ERIC YOKENO, an )
   individual; and BANG JA KIM, an individual, )
19                                        )
        Defendants.                       )
20                                        )
                                          )
21 _____)

22 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

23      Pursuant to Northern District to Civil Local Rules 3-12 and 7-11(a), Plaintiffs UNITE

24 HERE LOCAL 2 ("Union"); SAN MATEO HOTEL EMPLOYEES & RESTAURANT

25 EMPLOYEES WELFARE FUND; SAN MATEO HOTEL EMPLOYEES & RESTAURANT

26 EMPLOYEES PENSION FUND (together, "Trust Funds") SHERRI CHIESA, JAMES BEARD,

27 HAL BOBROW, MIKE CASEY, THO DO, and RICHARD ROMANSKI, Trustees of the San

28 Mateo Hotel Employees & Restaurant Employees Welfare and Pension Funds ("Trustees")

hereby give notice to all counsel of record of their Motion for Administrative Relief to Consider

1   Whether Cases Should Be Related.

2       By way of the Administrative Motion, Plaintiffs request that this Court consider whether

3   this case number C07-02588 BZ should be related and referred to Judge Martin J. Jenkins who is

4   currently presiding over case number C06-07335 MJJ, a separate action which was filed in the

5   United States District Court, Northern District of California against Defendant SFO GOOD-

6   NITE INN, LLC, on November 28, 2006 by the National Labor Relations Board Regional

7   Director of Region 20, Joseph Norelli, under Section 10(j) of the National Labor Relations Act

8   [61 Stat. 149; 73 Stat. 544; 29 U.S.C. § 160 (j)]. The case currently pending before the

9   Honorable Jenkins involves a petition seeking injunctive relief pending final disposition of the

10   Complaint and Notice of Hearing issued by the Nation Labor Relations Board against Defendant

11   for engaging in unfair labor practices in violation of 8(a)(1), (3) and (5) of the National Labor

12   Relations Act. (See attached Petition at Exhibit A.)

13       In support of their Administrative Motion, Plaintiffs file concurrently herewith their

14   [Proposed] Order to Consider Whether Cases Should Be Related and a Stipulation Regarding

15   Administrative Motion to Consider Whether Cases Should Be Related.

16

17   Dated: August 1, 2007                 Respectfully,
                                       LEONARD CARDER, LLP

18

19

20                            By:    /s/ Christine S. Hwang
                                  Matthew D. Ross

21                                   Christine S. Hwang
                                  Attorneys for Plaintiffs

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER
CASES SHOULD BE RELATED; Case No. C07-02588 BZ