Matthew D. Ross (SBN 84703)
Christine S. Hwang (184549)
LEONARD, CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 2; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES PENSION FUND; SHERRI CHIESA, JAMES BEARD, HAL BOBROW, MIKE CASEY, THO DO, and RICHARD ROMANSKI, Trustees of the San Mateo Hotel Employees & Restaurant Employees Welfare and Pension Funds,<br><br>Plaintiffs,<br><br>v.<br><br>SFO GOOD-NITE INN, LLC, a California limited liability company; ERIC YOKENO, an individual; and BANG JA KIM, an individual,<br><br>Defendants. | Case No. C07-02588 BZ<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Northern District to Civil Local Rules 3-12 and 7-11(a), Plaintiffs UNITE HERE LOCAL 2 ("Union"); SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES PENSION FUND (together, "Trust Funds") SHERRI CHIESA, JAMES BEARD, HAL BOBROW, MIKE CASEY, THO DO, and RICHARD ROMANSKI, Trustees of the San Mateo Hotel Employees & Restaurant Employees Welfare and Pension Funds ("Trustees") hereby give notice to all counsel of record of their Motion for Administrative Relief to Consider

1  Whether Cases Should Be Related.

2      By way of the Administrative Motion, Plaintiffs request that this Court consider whether this case number C07-02588 BZ should be related and referred to Judge Martin J. Jenkins who is currently presiding over case number C06-07335 MJJ, a separate action which was filed in the United States District Court, Northern District of California against Defendant SFO GOOD-NITE INN, LLC, on November 28, 2006 by the National Labor Relations Board Regional Director of Region 20, Joseph Norelli, under Section 10(j) of the National Labor Relations Act [61 Stat. 149; 73 Stat. 544; 29 U.S.C. § 160 (j)]. The case currently pending before the Honorable Jenkins involves a petition seeking injunctive relief pending final disposition of the Complaint and Notice of Hearing issued by the Nation Labor Relations Board against Defendant for engaging in unfair labor practices in violation of 8(a)(1), (3) and (5) of the National Labor Relations Act. (See attached Petition at Exhibit A.)

    In support of their Administrative Motion, Plaintiffs file concurrently herewith their [Proposed] Order to Consider Whether Cases Should Be Related and a Stipulation Regarding Administrative Motion to Consider Whether Cases Should Be Related.

Dated: August 1, 2007

Respectfully,
LEONARD CARDER, LLP

By:   /s/ Christine S. Hwang
      Matthew D. Ross
      Christine S. Hwang
      Attorneys for Plaintiffs