Matthew D. Ross (SBN 84703)
Christine S. Hwang (184549)
LEONARD, CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 2; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES PENSION FUND; SHERRI CHIESA, JAMES BEARD, HAL BOBROW, MIKE CASEY, THO DO, and RICHARD ROMANSKI, Trustees of the San Mateo Hotel Employees & Restaurant Employees Welfare and Pension Funds,<br><br>  Plaintiffs,<br><br>v.<br><br>SFO GOOD-NITE INN, LLC, a California limited liability company; ERIC YOKENO, an individual; and BANG JA KIM, an individual,<br><br>  Defendants. | Case No. C07-02588 BZ<br><br>**STIPULATION RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

WHEREAS, on June 28, 2007, Plaintiffs UNITE HERE LOCAL 2 ("Union"); SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES PENSION FUND (together, "Trust Funds") SHERRI CHIESA, JAMES BEARD, HAL BOBROW, MIKE CASEY, THO DO, and RICHARD ROMANSKI, Trustees of the San Mateo Hotel Employees & Restaurant Employees Welfare and Pension Funds ("Trustees") filed a First Amended Complaint in this action and a Notice of Related Case;

WHEREAS, on July 18, 2007, Defendants SFO GOOD-NITE INN, LLC and BANG JA KIM filed an Answer to the FAC;

STIPULATION RE  ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED; Case No.  C07-02588 BZ

1  WHEREAS, the parties have conferred and agree that this case may be related to a case
2  currently pending before the Honorable Martin J. Jenkins, case number C06-07335 MJJ, which
3  was filed on November 28, 2006 by the National Labor Relations Board Regional Director of
4  Region 20, Joseph Norelli, under Section 10(j) of the National Labor Relations Act [61 Stat. 149;
5  73 Stat. 544; 29 U.S.C. § 160 (j)]. That case involves a petition seeking injunctive relief pending
6  final disposition of the Complaint and Notice of Hearing issued by the Nation Labor Relations
7  Board against Defendant for engaging in unfair labor practices in violation of 8(a)(1), (3) and (5)
8  of the National Labor Relations Act.
9  NOW THEREFORE, IT IS AGREED AND STIPULATED that the Court should
10 consider and determine whether this case and case number C06-07335 MJJ are related.
11 Dated: August 1, 2007
12 The respective attorneys, by their signatures below, represent and warrant that they have
13 the consent of their respective clients, have discussed this Stipulation and [Proposed] Order
14 Granting Plaintiffs Administrative Motion to Consider Whether Cases Should Be Related and
15 have the authority to bind their respective clients.

Dated: August 1, 2007                    LEONARD CARDER, LLP

                                         By:    /s/ Christine S. Hwang
                                                Matthew D. Ross
                                                Christine S. Hwang

                                                Attorneys for Plaintiffs


Dated: August 1, 2007                    JORDAN LAW GROUP

                                         By:    /s/ Nanette Joslyn
                                                Patrick Jordan
                                                Nanette Joslyn

                                                Attorneys for SFO Good-Nite Inn, LLC
                                                and Bang Ja Kim