1  Matthew D. Ross (SBN 84703)
    Christine S. Hwang (184549)
2  LEONARD, CARDER, LLP
    1330 Broadway, Suite 1450
3  Oakland, CA 94612
    Tel:  (510) 272-0169
4  Fax: (510) 272-0174

5  Attorneys for Plaintiffs

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITE HERE LOCAL 2; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES PENSION FUND; SHERRI CHIESA, JAMES BEARD, HAL BOBROW, MIKE CASEY, THO DO, and RICHARD ROMANSKI, Trustees of the San Mateo Hotel Employees & Restaurant Employees Welfare and Pension Funds, | Case No.  C07-02588 BZ **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
|         Plaintiffs, | |
| v. | |
| SFO GOOD-NITE INN, LLC, a California limited liability company; ERIC YOKENO, an individual; and BANG JA KIM, an individual, | |
|         Defendants. | |

22      Pursuant to Northern District Civil Local Rule 3-12, Plaintiffs UNITE HERE LOCAL 2

23  ("Union"); SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE

24  FUND; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES PENSION

25  FUND (together, "Trust Funds")  SHERRI CHIESA, JAMES BEARD, HAL BOBROW, MIKE

26  CASEY, THO DO, and RICHARD ROMANSKI, Trustees of the San Mateo Hotel Employees &

27  Restaurant Employees Welfare and Pension Funds ("Trustees") filed on August 1, 2007 their

28  Notice of Motion and Motion for Administrative Relief to Consider Whether Cases Should Be

Related.  Also on August 1, 2007, in support of their Administrative Motion, Plaintiffs along

1    with Defendants SFO Good-Nite Inn, LLC and Bang Ja Kim submitted a Stipulation Regarding

2    the Motion for Administrative Relief to Consider Whether Cases Should Be Related indicating

3    the parties' agreement that this case and case number C06-07335 MJJ, currently pending before

4    the Honorable Martin J. Jenkins may be related.

5        GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that

6    Plaintiffs' Motion for Administrative Relief to Consider Whether Cases Should Be Related be

7    granted.

8        IT IS SO ORDERED.

9

10    DATED: _____ 2007

11

12                                                 BERNARD ZIMMERMAN
                                           United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED; Case No.  C07-02588 BZ