UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 2,<br><br>      Plaintiff(s),<br><br>  v.<br><br>SFO GOOD-NITE INN, LLC, et al.,<br><br>      Defendant(s). | No. C07-2588 BZ<br><br>**ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Plaintiff's motion for administrative relief to consider whether cases should be related [Docket No. 8] having been improperly filed, the motion is **DENIED**. See Civil Local Rule 3-12(b) (stating that the party must file "in the earliest-filed case" a motion to consider whether cases should be related).

Dated: August 3, 2007

                                               Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\UNITE HERE Local 2\ORDER DENY CASE RELATE.wpd

1