# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

UNITE HERE LOCAL 2, et al.,

        Plaintiff(s),

v.

SFO GOOD-NITE INN, LLC, et al.

        Defendant(s).

CASE NO. 07-02588 BZ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 8/27/07 (Parties will file *a stipulation + proposed order to continue the CMC to 9/24/07*)

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Matthew D. Ross* | Plaintiffs | 510-272-0169 | mross@leonardcarder.com |
| Christine S. Hwang | | | chwang@leonardcarder.com |
| Patrick Jordan | Defendants | 415-459-9868 | pwj@pjordanlaw.com |

*Mr. Ross is lead trial counsel for Plaintiffs and will not be available from 8/17-9/4/07.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/6/07

                                                              Attorney for Plaintiff

Dated: 8/6/07

                                                              Attorney for Defendant

Rev 12.05