1  Matthew D. Ross (SBN 84703)
   Christine S. Hwang (184549)
2  LEONARD, CARDER, LLP
   1330 Broadway, Suite 1450
3  Oakland, CA 94612
   Tel: (510) 272-0169
4  Fax: (510) 272-0174

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 2; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES PENSION FUND; SHERRI CHIESA, JAMES BEARD, HAL BOBROW, MIKE CASEY, THO DO, and RICHARD ROMANSKI, Trustees of the San Mateo Hotel Employees & Restaurant Employees Welfare and Pension Funds,<br><br>　　　Plaintiffs,<br><br>v.<br><br>SFO GOOD-NITE INN, LLC, a California limited liability company; ERIC YOKENO, an individual; and BANG JA KIM, an individual,<br><br>　　　Defendants. | Case No. C07-02588 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Date: September 24, 2007<br>Time: 4:00 p.m.<br>Ctrm: G, 15th Floor |

　　　WHEREAS, a Case Management Conference (CMC) in this matter is currently scheduled for August 27, 2007;

　　　WHEREAS, Plaintiffs' lead trial counsel Matthew Ross will be on a previously scheduled vacation from August 17 through September 4, 2007 and therefore unable to attend the currently scheduled CMC;

　　　WHEREAS, the parties have conferred and agree to continue the CMC to September 24, 2007.

　　　NOW THEREFORE, IT IS AGREED AND STIPULATED that the CMC currently scheduled for August 27, 2007 be continued to September 24, 2007 at 4:00 p.m.

1

Dated: August 6, 2007

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation and [Proposed] Order Continuing the Case Management Conference and have the authority to bind their respective clients.

Dated: August 6, 2007     LEONARD CARDER, LLP

By:     /s/ Matthew D. Ross
Matthew D. Ross
Christine S. Hwang

Attorneys for Plaintiffs

Dated: August 6, 2007     JORDAN LAW GROUP

By:     /s/ Nanette Joslyn
Patrick Jordan
Nanette Joslyn

Attorneys for SFO Good-Nite Inn, LLC
and Bang Ja Kim

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the Case Management Conference be continued from August 27, 2007 to September 24, 2007.

**IT IS SO ORDERED.**

DATED: _____ 2007

BERNARD ZIMMERMAN
United States Magistrate Judge