1  Matthew D. Ross (SBN 84703)
   Christine S. Hwang (184549)
2  LEONARD, CARDER, LLP
   1330 Broadway, Suite 1450
3  Oakland, CA 94612
   Tel: (510) 272-0169
4  Fax: (510) 272-0174

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 2; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES PENSION FUND; SHERRI CHIESA, JAMES BEARD, HAL BOBROW, MIKE CASEY, THO DO, and RICHARD ROMANSKI, Trustees of the San Mateo Hotel Employees & Restaurant Employees Welfare and Pension Funds,<br><br>    Plaintiffs,<br><br>v.<br><br>SFO GOOD-NITE INN, LLC, a California limited liability company; ERIC YOKENO, an individual; and BANG JA KIM, an individual,<br><br>    Defendants. | Case No. C07-02588 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Date: September 24, 2007<br>Time: 4:00 p.m.<br>Ctrm: G, 15th Floor |

WHEREAS, a Case Management Conference (CMC) in this matter is currently scheduled for August 27, 2007;

WHEREAS, Plaintiffs' lead trial counsel Matthew Ross will be on a previously scheduled vacation from August 17 through September 4, 2007 and therefore unable to attend the currently scheduled CMC;

WHEREAS, the parties have conferred and agree to continue the CMC to September 24, 2007.

NOW THEREFORE, IT IS AGREED AND STIPULATED that the CMC currently scheduled for August 27, 2007 be continued to September 24, 2007 at 4:00 p.m.

1

2  Dated: August 6, 2007

3      The respective attorneys, by their signatures below, represent and warrant that they have

4  the consent of their respective clients, have discussed this Stipulation and [Proposed] Order

5  Continuing the Case Management Conference and have the authority to bind their respective

6  clients.

7

8  Dated: August 6, 2007                 LEONARD CARDER, LLP

9
                                 By:    /s/ Matthew D. Ross
10                                           Matthew D. Ross
                                          Christine S. Hwang
11
                                          Attorneys for Plaintiffs
12

13
14  Dated: August 6, 2007                 JORDAN LAW GROUP

15                                  By:    /s/ Nanette Joslyn
                                          Patrick Jordan
16                                           Nanette Joslyn

17                                           Attorneys for SFO Good-Nite Inn, LLC
                                          and Bang Ja Kim
18

19

20  GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the Case Management Conference be continued from August 27, 2007 to September 24, 2007.
21

22      **IT IS SO ORDERED.**

23  DATED: __August 7,_____ 2007

24                                              BERNARD ZIMMERMAN
                                            United States Magistrate Judge
25

26

27

28

2