**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

August 7, 2007

**To:**   Matthew D. Ross
Leonard, Carder, Nathan, Zuckerman, Ross
1330 Broadway, Suite 1450
Oakland, CA 94612

Christine Hwang
Leonard Carder, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109

Patrick W. Jordan
Jordan Law Group
1010 B Street, Suite 320
San Rafael, CA 94901

Re: Unite Here Local 2 v. SFO Good-Nite Inn, et al. - C07-2588 BZ

Dear Sir or Madam:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for September 24, 2007 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott
By:   Lashanda Scott
      Courtroom Deputy