PATRICK W. JORDAN (Bar No. 52115)
SARAH WOLFE (Bar No. 88370)
JORDAN LAW GROUP
1010 "B" Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 459-9865
Facsimile: (415) 459-9871

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITE HERE LOCAL 2; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND: et al.
    Plaintiff(s),

v.

GOOD-NITE INN INVESTMENT, LLC, a California corporation; et al.,

    Defendant(s).
_____/

No. C 07-02588 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 16, 2007

_____
Signature

Counsel for Defendants
(Plaintiff, Defendant or indicate "pro se")