UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 2,<br><br>    Plaintiff(s),<br><br>  v.<br><br>SFO GOOD-NITE INN, LLC, et al.,<br><br>    Defendant(s). | No. C07-2588 BZ<br><br>**ORDER SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

Following a Case Management Conference at which all interested parties, with the exception of defendant Eric Yokeno, were represented by counsel, **IT IS ORDERED** as follows:

1. A further Case Management Conference is scheduled for **Monday, March 24, 2007 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. The ADR referral is **DEFERRED** until after the further Case Management Conference is held in March.

3. By **Wednesday, October 10, 2007**, and as discussed at the initial Case Management Conference, defendants will provide plaintiffs with documentation relating to Mr. Yokeno's

1

1 | ownership interest in SFO Good-Nite Inn, LLC.
2 |     4. By **Monday, December 3, 2007**, plaintiffs will either
3 | serve the summons and complaint on Mr. Yokeno, and file proof
4 | thereof, or file a written dismissal of Mr. Yokeno.

Dated: September 25, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\UNITE HERE Local 2\Order Sch Further CMC.wpd

2