1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITE HERE LOCAL 2,          )
                                 )
12              Plaintiff(s),    )       No. C07-2588 BZ
                                 )
13      v.                       )       **AMENDED ORDER CORRECTING**
                                 )       **DATE OF FURTHER CASE**
14  SFO GOOD-NITE INN, LLC, et   )       **MANAGEMENT CONFERENCE**
    al.,                         )
15                               )
                Defendant(s).    )
16  ─────────────────────────────)

17      Following a Case Management Conference at which all

18  interested parties, with the exception of defendant Eric

19  Yokeno, were represented by counsel, **IT IS ORDERED** as follows:

20      1. A further Case Management Conference is scheduled for

21  **Monday, March 24, 2008 at 4:00 p.m.** in Courtroom G, 15th

22  Floor, Federal Building, 450 Golden Gate Avenue, San

23  Francisco, California 94102.

24      2. The ADR referral is **DEFERRED** until after the further

25  Case Management Conference is held in March.

26      3. By **Wednesday, October 10, 2007**, and as discussed at

27  the initial Case Management Conference, defendants will

28  provide plaintiffs with documentation relating to Mr. Yokeno's

                                  1

1 | ownership interest in SFO Good-Nite Inn, LLC.

2 |     4. By **Monday, December 3, 2007**, plaintiffs will either

3 | serve the summons and complaint on Mr. Yokeno, and file proof

4 | thereof, or file a written dismissal of Mr. Yokeno.

5 | Dated: September 25, 2007

6 |  

7 | Bernard Zimmerman
United States Magistrate Judge

8 |

9 | G:\BZALL\-BZCASES\UNITE HERE Local 2\AMENDED.Order Sch Further CMC.wpd

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |