**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **09/24/2007**

**C07-2588 BZ**

**Unite Here Local 2 v. SFO Good-Nite Inn, et al.**

Attorneys:   Matthew D. Ross   Sara Wolf

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Counsel requested that the matter occur off the record.**

**PROCEEDINGS:**                                    **RULING:**

1. Case Management Conference                              Matter Held
2. _____           _____

 (  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Status Conference set for March 24, 2008 at 4:00 p.m.  Defendant's counsel will provide plaintiff's counsel with documentation re Yokeno's interest/or exit agreement in the business, due within fifteen days.  Plaintiff's counsel will determine within sixty days if Yokeno will remain a defendant in this case.

( XX  ) ORDER TO BE PREPARED BY:   Plntf ___ Deft ___ Court  XX

(    ) Referred to Magistrate Judge for a Settlement Conference to occur as soon as schedule permits.
       (  ) By Court       (  ) Parties to approach Magistrate in future
(  ) CASE CONTINUED TO_____    for _____

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Plntf to Name Experts by _____    Deft to Name Experts by_____

P/T Conference Date -                          Trial Date-
                                               Type of Trial:

Notes:_____