1  JORDAN LAW GROUP
   PATRICK W. JORDAN (Bar No. 52115)
2  SARAH WOLFE (Bar No. 88370)
   1010 "B" Street, Suite 320
3  San Rafael, CA 94901
   Telephone: (415) 459-9865
4  Fax: (415) 459-9871

5  Attorneys for Defendants GOOD-NITE INN
   INVESTMENT, LLC and BANG JA KIM

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| UNITE HERE LOCAL 2; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND; et al., | ) ) ) ) | **CASE NO. C-07-02588 BZ** |
|---|---|---|
| Plaintiffs, | ) ) | **NOTICE OF UNAVAILABILITY** |
| vs. | ) ) | |
| GOOD-NITE INN INVESTMENT, LLC, a California corporation; et al., | ) ) ) | |
| Defendants. | ) ) | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that all counsel for Defendants GOOD-NITE INN INVESTMENT, LLC and BANG JA KIM will be unavailable for the period beginning December 24, 2007, through and including January 2, 2008. As a result of counsels' unavailability, Defendants will object to the scheduling of any filings, discovery, appearances, depositions, conferences or other actions during this period of time (December 24, 2007-January 2, 2008).

Dated: November 1, 2007     JORDAN LAW GROUP
                            PATRICK W. JORDAN
                            SARAH WOLFE


                            By: _____/s/_____
                                 SARAH WOLFE
                            Attorneys for Defendants GOOD-NITE INN
                            INVESTMENT, LLC and BANG JA KIM