Matthew D. Ross (SBN 084703)
Christine S. Hwang (SBN 184549)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel:  (510) 272-0169
Fax: (510) 272-0174

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 2; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES PENSION FUND; SHERRI CHIESA, JAMES BEARD, HAL BOBROW, MIKE CASEY, THO DO, and RICHARD ROMANSKI, Trustees of the San Mateo Hotel Employees & Restaurant Employees Welfare and Pension Funds,<br><br>    Plaintiffs,<br><br>v.<br><br>SFO GOOD-NITE INN, LLC, a California limited liability company; ERIC YOKENO, an individual; and BANG JA KIM, an individual,<br><br>    Defendants. | Case No.  C07-02588 BZ<br><br>**PLAINTIFFS' DISMISSAL OF COMPLAINT AGAINST DEFENDANT ERIC YOKENO** |

//

//

Plaintiffs hereby request the court to dismiss all claims against Defendant ERIC YOKENO. Pursuant to Amended Court Order No. C07-2588 by the Hon. Bernard Zimmerman, Plaintiffs were required to serve all those named as defendants in this matter by December 3, 2007, or dismiss the charges against them. Defendant ERIC YOKENO has not been served as of this date.

DATED: December 3, 2007

Respectfully submitted,

LEONARD CARDER, LLP

By: ___/s/ Christine S. Hwang___
Christine S. Hwang
Attorneys for Plaintiffs