IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Unite Here Local 2, et al.,**

        Plaintiff(s),

v.

**SFO Good-Nite Inn, et al.,**

        Defendant(s),
_____/

No. **C07-2588 BZ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference is reset to **Monday, March 24, 2008** at ***3:00 p.m.*** before Magistrate Judge Bernard Zimmerman.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  March 18, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
    Lashanda Scott
    Courtroom Deputy