UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 2,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SFO GOOD-NITE INN, LLC, et al.,<br><br>　　　　Defendant(s). | No. C07-2588 BZ<br><br>**ORDER STAYING ACTION AND CONTINUING CASE MANAGEMENT CONFERENCE** |

At the request of the parties contained in paragraph 17 of their amended joint case management statement, **IT IS HEREBY ORDERED** as follows:

　　1.　This case is **STAYED** pending further order of court.

　　2.　The case management conference scheduled for March 24, 2007 is continued to **August 11, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

　　3.　If in the interim either party wishes to lift the stay, it shall file a request for a subsequent case management conference pursuant to Local Rule 16-10(c).

Dated: March 21, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\UNITE HERE Local 2\ORDER STAYING CASE.wpd

1