Matthew D. Ross (SBN 084703)
Jennifer Keating (SBN 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 2; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES PENSION FUND; SHERRI CHIESA, JAMES BEARD, HAL BOBROW, MIKE CASEY, THO DO, and RICHARD ROMANSKI, Trustees of the San Mateo Hotel Employees & Restaurant Employees Welfare and Pension Funds,<br><br>    Plaintiffs,<br><br>v.<br><br>SFO GOOD-NITE INN, LLC, a California limited liability company; and BANG JA KIM, an individual,<br><br>    Defendants. | Case No. C07-02588 BZ<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS** |

//

//

PLAINTIFFS' NOTICE OF SUBSTITUTION OF ATTORNEYS
Case No. C07-02588 BZ

Plaintiffs hereby request that Jennifer Keating be substituted for Christine S. Hwang as an Attorney for Plaintiffs in this matter.

DATED: August 6, 2008

Respectfully submitted,

LEONARD CARDER, LLP

By:     /s/ Jennifer Keating
Jennifer Keating
Attorneys for Plaintiffs

PLAINTIFFS' NOTICE OF SUBSTITUTION OF ATTORNEYS
Case No. C07-02588 BZ

Page 1