UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITE HERE LOCAL 2, | ) | |
| Plaintiff(s), | ) | No. C07-2588 BZ |
| v. | ) | |
| | ) | **ORDER REFERRING FOR ADR AND CONTINUING STAY** |
| SFO GOOD-NITE INN, LLC, et al., | ) | |
| Defendant(s). | ) | |

Following a further case management conference, **IT IS HEREBY ORDERED** as follows:

1. This case is referred to the Court's ADR Department to schedule an Early Neutral Evaluation to be completed in **60** to **90** days, if possible.

2. The **STAY** is continued pending a ruling by the D.C. Circuit on defendants' appeal. Within **10 days** of the Circuit Court issuing its ruling, plaintiff shall file a notice that the court has ruled, with a citation to the ruling.

Dated: August 12, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\UNITE HERE Local 2\ORDER REFERING TO ADR AND CONTINUING STAY.FINAL.wpd

1