**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **8/11/08**                                                                 Time: 4:00p.m.

**C -07-2588 BZ**

 Unite Here Local 2, et al.   v SFO Good - Nite Inn, et al.

Attorneys:   Pltf: Jennifer Keating   Deft.: (via phone) Sarah Wolf

Deputy Clerk: **Simone Voltz**           Reporter:   **4:04-4:25**

**PROCEEDINGS:**                                                **RULING:**

1.  Status Conference                                             Held
2.  _____  _____

( x ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
 Case to be referred to ADR Department; Stay is continued.

( x ) ORDER TO BE PREPARED BY:   Pltf_____   Deft_____   Court_x_

( ) Referred to Magistrate Judge For:

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Pltf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____   Trial Date_____ Set for _____ days
                                                                 Type of Trial:  ( )Jury    ( )Court
Notes: _____