UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 2,<br><br>        Plaintiff(s),<br><br>    v.<br><br>SFO GOOD NITE INN, LLC,<br><br>        Defendant(s). | No. C07-2588 BZ<br><br>**ORDER REQUIRING STATUS REPORT** |

**IT IS HEREBY ORDERED** that counsel for plaintiff file a report on the status of the case, or file an appropriate dismissal if the plaintiff no longer wishes to pursue the case, by **March 9, 2012.**

Dated: February 24, 2012

                              Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\UNITE HERE Local 2\ORDER REQUIRING STATUS REPORT.wpd

1