# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITE HERE LOCAL 2, et al.,** | **Case No.: C 07-2588 KAW** |
| Plaintiffs, | **ORDER** |
| vs. | |
| **SFO GOOD-NITE INN, LLC, et al.,** | |
| Defendants. | |

The parties shall file reports on the status of this case within 30 days of the date of the Court of Appeals for the D.C. Circuit's decision in case number 11-1295.

It is so ORDERED.

**DATE: June 18, 2012**

_____

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**