LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169 FAX: (510) 272-0174

1 | Matthew D. Ross (Bar No. 84703)
2 | Jennifer Keating (Bar No. 250857)
  | LEONARD, CARDER, LLP
3 | 1330 Broadway, Suite 1450
  | Oakland, CA 94612
4 | Telephone: (510) 272-0169
  | Fax: (510) 272-0174
5 | Email: mross@leonardcarder.com
  | Email: jkeating@leonardcarder.com

6 | Attorneys for PLAINTIFFS

7 | Patrick W. Jordan (Bar No. 52115)
8 | Nanette Joslyn (Bar No. 141317)
  | JORDAN LAW GROUP
9 | 1010 B Street, Suite 320
  | San Rafael, CA 94901
10 | Telephone: (415) 459-9865
   | Fax: (415) 459-9871
11 | Email: pwj@pjordanlaw.com
   | Email: nj@pjordanlaw.com
12

13 | Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITE HERE LOCAL 2; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND; SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES PENSION FUND; SHERRI CHIESA, JAMES BEARD, HAL BOBROW, MIKE CASEY, THO DO, and RICHARD ROMANSKI, Trustees of the San Mateo Hotel Employees & Restaurant Employees Welfare and Pension Funds, | **CASE NO. C07-02588 KAW** |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER LIFTING THE STAY IN THIS CASE** |
| v. | |
| SFO GOOD-NITE INN, LLC, a California limited liability company; ERIC YOKENO, an individual; and BANG JA KIM, an individual, | |
| Defendants. | |

STIP & [PROPOSED] ORDER LIFTING THE STAY IN THIS CASE        Case No. C07-02588 KAW

Pursuant to the Court's Order dated March 21, 2008 (Doc. No. 30), this matter was stayed at the request of the parties, pending the outcome of any appeal taken by one or more Defendants to overturn the National Labor Relations Board's finding that its withdrawal of recognition was proper. On November 20, 2012, the United States Court of Appeals for the District of Columbia issued its decision in Case No. 11-1295, enforcing in its entirety the Board's order of July 19, 2011, reported at 357 NLRB No. 16 (2011), in which the Board incorporated portions of its prior decision in this matter, reported at 352 NLRB No. 268 (2008).

The parties hereby request that the Court lift the stay in this matter and schedule a subsequent case management conference.

DATED: January 10, 2013  LEONARD CARDER, LLP

By:   /s/ Jennifer Keating*
MATTHEW D. ROSS
JENNIFER KEATING
Attorneys for PLAINTIFFS

DATED: January 10, 2013  JORDAN LAW GROUP

By:   /s/ Nanette Joslyn
PATRICK W. JORDAN
NANETTE JOSLYN
Attorneys for DEFENDANTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

A case management conference is hereby scheduled for February 5, 2013, at 1:30 p.m. in Courtroom 4.

DATED: January 14, 2013

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

* I hereby attest that I obtained concurrence in the filing of this document from Nanette Joslyn on behalf of Defendants on January 10, 2013.

- 1 -

STIP & [~~PROPOSED~~] ORDER LIFTING THE STAY IN THIS CASE    Case No. C07-02588 KAW