UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE LOCAL 2,<br><br>        Plaintiff,<br><br>   v.<br><br>SFO GOOD-NITE INN, LLC, et al.,<br><br>        Defendants. | Case No.: 07-cv-2588 KAW<br><br>ORDER |

Having advised the court that a settlement has been reached in the above-captioned matter, the parties shall file a stipulated order of dismissal no later than October 4, 2013.

IT IS SO ORDERED.

Dated: September 6, 2013

*Kandis Westmore*

KANDIS A. WESTMORE
United States Magistrate Judge

1